UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

JULIA TENEZACA, : 07-CV-1714-AKH

                Plaintiff, :

                      : **APPEARANCE**

  - against -

ALAN KASMAN DBA KASCO, *et al.*, :

                      : **ELECTRONICALLY FILED**

               Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007
                               By:    /s/ Judith R. Cohen   
                                       Judith R. Cohen (JC-8614)
                                       1177 Avenue of the Americas
                                       New York, New York 10036
                                       Phone: (212) 277-6500
                                       Fax: (212) 277-6501
                                       *Attorney for Defendant*
                                       MERRILL LYNCH & CO., INC.