UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                    **21 MC 102 (AKH)**

IN RE: LOWER MANHATTAN
DISASTER SITE LITIGATION

---

THIS DOCUMENT RELATES TO THE
FOLLOWING CASES:

| Case | Docket No.: |
|---|---|
| Borkowski, Andrzej | 07-CV-1472 |
| Castellanos, Ludivia (and Husband, Luis L. Martinez) | 07-CV-1480 |
| Castro, Janeth | 07-CV-8279 |
| Chalco, Aida | 07-CV-1481 |
| Guerrero, Francisco (and Wife, Arelis Guerrero) | 05-CV-1636 |
| Kappinski, Slawek | 07-CV-1634 |
| Leon, Segundo | 07-CV-8283 |
| Llerena, Hilda | 07-CV-1650 |
| Medrano, Salvador (and Wife, Trinidad Medrano) | 07-CV-4492 |
| Medrano, Trinidad (and Husband, Salvador L. Medrano) | 07-CV-4493 |
| Morales, Fabio (and Wife, Martha Morales) | 07-CV-1667 |
| Moran, Wilson (and Wife, Gloria Moran) | 06-CV-12341 |
| Perez, Jacqueline | 07-CV-8284 |
| Porowski, Piotr (and Wife, Malgorzata Porowski) | 06-CV-3850 |
| Rozpedowski, Jerzy | 07-CV-8285 |
| Quintanilla, Natalia (and Husband, Gerardo Quintanilla) | 06-CV-1341 |
| Sanchez, Delta E. (and Husband, Filemon M. Rojas) | 07-CV-8286 |
| Santana, Miquel | 07-CV-1700 |
| Siemek, Andrzej (and Wife, Janina Siemek) | 07-CV-1704 |
| Szczepanski, Krzysztof (and Wife, Anna Szczepanski) | 06-CV-15084 |
| Tabares, Ljiljana | 07-CV-8289 |
| Tache, Bertha | 07-CV-1537 |
| Tenezaca, Julia | 07-CV-1714 |

## NOTICE OF APPEARANCE

Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated:  Albany, New York
　　　　December 6, 2007

　　　　　　　　　　　　　　　　　WHITEMAN OSTERMAN & HANNA LLP

　　　　　　　　　　BY:   _____
　　　　　　　　　　　　　　John J. Henry (JH-7137)
　　　　　　　　　　　　　　William S. Nolan (WN-8091)
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　TRC Engineers, Inc.
　　　　　　　　　　　　　　One Commerce Plaza
　　　　　　　　　　　　　　Albany, New York  12260
　　　　　　　　　　　　　　(518) 487-7650

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 6th day of December, 2007, via ECF upon the ECF participants.

_____
Carrie L. Lalyer