KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER      21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
JULIA TENEZACA,                        DOCKET NO:
                                       07 CV 1714
                    Plaintiff,

    -against-

100 CHURCH, LLC, ALAN KASMAN DBA       NOTICE OF
KASCO, AMBIENT GROUP, INC., ANN TAYLOR APPEARANCE
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BFP
ONE LIBERTY PLAZA CO., LLC., BLACKMON-
MOORING STEAMATIC CATASTOPHE, INC.,
d/b/a BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.C.,
BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CUNNINGHAM
DUCT CLEANING CO., DEPARTMENT OF
BUSINESS SERVICES, DEUTSCHE BANK
TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BANK
TRUS CORPORATION, ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., GRUBB & ELLIS MANAGMENT
SERVICES, HILLMAN ENVIRONMENTAL GROUP,
LLC., HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,

INC., KASCO RESTORATION SERVICES CO.,
LAW ENGINEERING, P.C., LIBERTY VIEW
ASSOCIATES, L.P., MERILL LYNCH & CO.,
INC., MOODY'S HOLDINGS, INC., NEW YORK
CITY SCHOOL CONSTRUCTION AUTHORITY,
NEW YORK UNVERSITY, NOMURA HOLDINGS
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., B Y MANAGMENT
CO., INC., RELATD BPC ASSOCIATES, INC.,
RELATED MANAGMENT CO., INC., ROYAL
AND SUNALLIANCE INSURANCE GROUP,
PLC., RY MANAGEMENT, STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
THAMES REALTY CO., THE BANK OF NEW YORK
TRUST COMPANY, N.A, THE RELATED
COMPANIES, L.P., THE RELATED REALTY GROUP,
INC., TISHMAN INTERIORS CORPORATION,
TOSCORP., INC., TRC ENGINEERS, INC., TRIBECA LANDING
LLC., TULLY CONSTRUCTION CO., IN., TULLY
INDUSTRIES, INC., VERIZON NEW YORK, INC.,
WESTON SOLUTIONS, INC., WFP TOWER B HOLDING
CO., L.P., WFP TOWER B CO., L.P., WFP TOWER D CO.,
G.P., CORP., WFP TOWER D HOLDING CO. I L.P.,
WFP TOWER D HOLDING CO., II L.P., WFP TOWER D
CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL.
                           **Defendants.**
................................................................x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 30, 2008       Kevin G. Horbatiuk
                                           Kevin G. Horbatiuk (KGH4977)
                                           Attorneys for Defendant
                                           **CUNNINGHAM DUCT WORK s/h/i/a
                                           CUNNINGHAM DUCT CLEANING CO., INC.**
                                           RUSSO, KEANE & TONER, LLP
                                           26 Broadway, 28th Floor
                                           New York, New York 10004
                                           (212) 482-0001

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiff
      **JULIA TENEZACA**
      115 Broadway 12th Floor
      New York, New York 10006
      (212) 267-3700

Case 1:07-cv-01714-AKH    Document 55    Filed 01/30/2008    Page 3 of 4

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**JULIA TENEZACA**
115 Broadway 12th Floor
New York, New York 10006

_____
**KEVIN G. HORBATIUK**