KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER           21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
JULIA TENEZACA,                              DOCKET NO:
                                             07 CV 1714

                   Plaintiff,

   -against-

100 CHURCH, LLC, ALAN KASMAN DBA             NOTICE OF
KASCO, AMBIENT GROUP, INC., ANN TAYLOR       ADOPTION OF
STORES CORPORATION, BATTERY PARK CITY        ANSWER TO
AUTHORITY, BELFOR USA GROUP, INC., BFP       MASTER COMPLAINT
ONE LIBERTY PLAZA CO., LLC., BLACKMON-
MOORING STEAMATIC CATASTOPHE, INC.,
d/b/a BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.C.,
BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CUNNINGHAM
DUCT CLEANING CO., DEPARTMENT OF
BUSINESS SERVICES, DEUTSCHE BANK
TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BANK
TRUS CORPORATION, ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., GRUBB & ELLIS MANAGMENT
SERVICES, HILLMAN ENVIRONMENTAL GROUP,
LLC., HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,

INC., KASCO RESTORATION SERVICES CO.,
LAW ENGINEERING, P.C., LIBERTY VIEW
ASSOCIATES, L.P., MERILL LYNCH & CO.,
INC., MOODY'S HOLDINGS, INC., NEW YORK
CITY SCHOOL CONSTRUCTION AUTHORITY,
NEW YORK UNVERSITY, NOMURA HOLDINGS
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., B Y MANAGMENT
CO., INC., RELATED BPC ASSOCIATES, INC.,
RELATED MANAGMENT CO., INC., ROYAL
AND SUNALLIANCE INSURANCE GROUP,
PLC., RY MANAGEMENT, STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
THAMES REALTY CO., THE BANK OF NEW YORK
TRUST COMPANY, N.A, THE RELATED
COMPANIES, L.P., THE RELATED REALTY GROUP,
INC., TISHMAN INTERIORS CORPORATION,
TOSCORP., INC., TRC ENGINEERS, INC., TRIBECA LANDING
LLC., TULLY CONSTRUCTION CO., IN., TULLY
INDUSTRIES, INC., VERIZON NEW YORK, INC.,
WESTON SOLUTIONS, INC., WFP TOWER B HOLDING
CO., L.P., WFP TOWER B CO., L.P., WFP TOWER D CO.,
G.P., CORP., WFP TOWER D HOLDING CO. I L.P.,
WFP TOWER D HOLDING CO., II L.P., WFP TOWER D
CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL.

**Defendants.**
...........................................................................................x

**PLEASE TAKE NOTICE**, that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 30, 2008

                              Kevin G. Horbatiuk
                              Kevin G. Horbatiuk (KGH4977)
                              Attorneys for Defendant
                              **CUNNINGHAM DUCT WORK s/h/i/a**
                              **CUNNINGHAM DUCT CLEANING CO.,**
                              **INC.**
                              RUSSO, KEANE & TONER, LLP
                              26 Broadway, 28th Floor
                              New York, New York 10004
                              (212) 482-0001
                              RKT File No. 824.078


TO:    CHRISTOPHER R. LaPOLA, ESQ.,
          WORBY GRONER EDELMAN & NAPOLI BERN, LLP
          Attorney for Plaintiff
          **JULIA TENEZACA**
          115 Broadway 12th Floor
          New York, New York 10006
          (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**JULIA TENEZACA**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**