**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

# RETURN OF SERVICE

DATE: 6/27/07

Service of the Summons and Complaint[1] was made by me[2]

NAME OF SERVER (PRINT): Kevin Mills

TITLE:

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

THE RELATED REALTY GROUP, INC.
60 COLUMBUS CIRCLE
NEW YORK, NY 10023

For the following Defendant(s):

THE RELATED REALTY GROUP, INC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/27/07

Signature of Server: Kevin Mills

Address of Server: 115 Broadway, NYC, 10006



Betsy Barranco
BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 20__

---

[1] See attached rider.
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*13* *7319* *54* *50*

   



# Service Rider

THE RELATED REALTY GROUP, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 3798 | Enid Aristizabal | 06cv4377 | 5/24/2007 |
| 4397 | Georgina Cabrera | 05CV1785 | 5/24/2007 |
| 3774 | Jose Criollo (and Wife, Maria Criollo) | 05cv1104 | 5/24/2007 |
| 11329 | Dominik Drozdz (and Wife, Ewa Drozdz) | 06cv14619 | 5/24/2007 |
| 11331 | Stanislaw Drozdz (and Wife, Monika Drozdz) | 06cv14620 | 5/31/2007 |
| 6812 | Walter Gallegos | 07cv4467 | 6/5/2007 |
| 10183 | Sixta T Garcia | 07CV05292 | 5/24/2007 |
| 9872 | Marina Jara | 07cv4477 | 6/5/2007 |
| 9672 | Boguslaw Kwasniak (and Wife, Malgorzata Kwasniak) | 07CV05300 | 5/24/2007 |
| 12262 | Antoni Mazur (and Wife, Ekla Mazur) | 07CV1659 | 5/24/2007 |
| 8515 | Jose Sarmiento | 07cv1530 | 5/24/2007 |
| 9394 | Angel Serrano (and Wife, Tanny Sarmiento) | 07cv4516 | 6/5/2007 |
| 10307 | Maria Solarte | 07cv1669 | 5/24/2007 |
| 3754 | Consuelo Trujillo | 06 CV 3846 | 5/24/2007 |

14

Tuesday, June 19, 2007

THE RELATED REALTY GROUP, INC.

Page 1 of 1

Group:  Out: In: