UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 1/2/07 |
| NAME OF SERVER (PRINT) _Aaraas Smith_ | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Yvonne Falconer Legal Asst. 5:15 pm._

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

c/o Sandra West
60 Wall Street
New York, NY 10005-

For the following Defendant(s):

BT PRIVATE CLIENTS CORP.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/2/07__
Date

_Signature of Server_

_Broadway NY 1006_
Address of Server



See attached rider.
As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*13*  *7553*  *54*  *50*






# Service Rider

BT Private Clients Corp

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 12269 | Byron Acosta | 07CV1552 | 5/31/2007 |
| 10706 | Luis Adriano | 07cv4445 | 6/5/2007 |
| 14640 | Gladys Agudelo | 07cv4446 | 6/5/2007 |
| 3765 | Enrique Ai | 07cv1554 | 5/24/2007 |
| 7604 | Raul Allivar | 05cv9821 | 5/24/2007 |
| 7609 | Maria E Alvarez (and Husband Carlos Chavarriage) | 05cv10135 | 5/24/2007 |
| 14128 | Jose Alvarracin | 07cv01556 | 5/24/2007 |
| 12258 | Ivan Ascencio | 07cv1460 | 5/24/2007 |
| 4309 | Marcelo Atiencia | 07CV1562 | 5/24/2007 |
| 14290 | Peter B Bailon | Not Available | 5/31/2007 |
| 15996 | Jose Barahona (and Wife Domenica Barahona) | Not Available | 6/8/2007 |
| 8518 | Hector Betancourt | 07cv4453 | 6/5/2007 |
| 9905 | Leopoldo Burgos | 07cv1473 | 5/24/2007 |
| 12259 | Manuel Caguana (and Wife Antonia Caguana) | 06cv11968 | 5/24/2007 |
| 9486 | Ivan Calero (and Wife Reyna Calero) | 06cv1650 | 5/24/2007 |
| 9317 | Wilson Calle | 07CV1578 | 5/24/2007 |
| 9570 | Rey R Campoverde | Not Available | 5/24/2007 |
| 14248 | Rodrigo Campozano (and Wife Esther Campozano) | 07cv4459 | 6/5/2007 |
| 9921 | Edison Cardenas | 06cv14533 | 5/24/2007 |
| 7508 | Silvia Castillo (and Husband Segundo Siguencia) | 05cv1718 | 5/24/2007 |
| 7042 | Nancy Chuva | 07CV1589 | 5/24/2007 |
| 12261 | Yolanda Cintron | 06cv5631 | 5/24/2007 |
| 15061 | Jorge E Cortez | Not Available | 6/6/2007 |
| 10268 | Lidia Cortijo | 07CV317 | 5/24/2007 |
| 3801 | Nancy Criollo (and Wife Lawrence Zenteino) | 07cv4462 | 6/5/2007 |
| 7505 | Clara Dota | 07CV1602 | 5/24/2007 |
| 14859 | Jesse Drake (and Wife Susan Drake) | Not Available | 5/31/2007 |
| 11331 | Stanislaw Drozdz (and Wife Monika Drozdz) | 06cv14620 | 5/31/2007 |
| 10004 | Minerva Duarte | 07CV1603 | 5/24/2007 |
| 9999 | Elvia Dutan (and Husband Wilfredo Dutan) | 06CV5504 | 5/24/2007 |
| 9553 | Jorge Encalada | 05CV10737 | 5/24/2007 |
| 14243 | Luis Franco | 07cv4466 | 6/5/2007 |
| 9815 | Janina Freias | 07CV1612 | 5/24/2007 |
| 10889 | Norberto Gallardo | Not Available | 5/24/2007 |
| 10044 | Viviana Garcia | 06cv14671 | 5/24/2007 |
| 9763 | Peter Gaspar | 05cv10739 | 5/24/2007 |

  



# Service Rider

BT Private Clients Corp.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9403 | Leonard Gawin (and Wife Miroslawa Gawin) | 07CV1619 | 5/24/2007 |
| 4455 | Samuel T Giamo (and Wife Rosemary Giamo) | 06cv11676 | 5/24/2007 |
| 14944 | Hitler E. Giraldo | Not Available | 6/8/2007 |
| 13999 | Rosa Guaipa | 07cv4472 | 6/5/2007 |
| 14972 | Armando Guzman | Not Available | 6/8/2007 |
| 9300 | Avenia Hernando (and Wife Nicia Hernando) | 07cv4473 | 6/5/2007 |
| 4110 | Julio Hurtado (and Wife Elba Monica Montes) | Not Available | 5/24/2007 |
| 9750 | Edgar Idrovo | 06cv11025 | 5/24/2007 |
| 10118 | Manuel Idrovo | 07CV1628 | 5/24/2007 |
| 9572 | Jorge Inga | 07CV1629 | 5/24/2007 |
| 9384 | Jozef Jablonski (and Wife Agnieszka Jablonska) | 07CV1630 | 5/24/2007 |
| 12639 | Jonas Jaramillo (and Wife Bianca Jaramillo) | 06cv14746 | 5/24/2007 |
| 9673 | Marian Karus (and Wife Barbara Karus) | 07CV1635 | 5/24/2007 |
| 9373 | Edward Kosowski (and Wife Elzbieta Stefanska) | Not Available | 5/24/2007 |
| 7608 | Ana Lascano | 05cv9333 | 5/31/2007 |
| 9926 | Andrzej Lasica (and Wife Ewelina Lasica) | 07cv4480 | 6/5/2007 |
| 9501 | Carlos Lenis (and Wife Lucia Lenis) | 06cv10045 | 5/24/2007 |
| 9344 | Cesar Leon (and Wife Agnes Dipini) | 07CV063 | 5/24/2007 |
| 9687 | Ines Leon (and Wife Luis E Quezada) | 07cv4481 | 6/5/2007 |
| 9499 | Wilmo Loja | 07cv4482 | 6/5/2007 |
| 10908 | Fernando Lucero | Not Available | 5/31/2007 |
| 3827 | Rosa Medina | 07cv4491 | 6/5/2007 |
| 15960 | Maria E. Melendez | Not Available | 6/6/2007 |
| 6822 | Juan Mendez (and Wife Kareen Mendez) | 07CV1664 | 5/24/2007 |
| 9503 | Carlos Merchan (and Wife Martha Merchan) | 07CV1665 | 5/24/2007 |
| 13423 | Eugenio Mora (and Wife Olga Mora) | 06cv13168 | 5/24/2007 |
| 15050 | Tatiana Morales (and Husband James Fink) | Not Available | 5/31/2007 |
| 12846 | Sandra Moreno | 06cv14901 | 5/24/2007 |
| 7493 | Luis Naranjo (and Wife Rosa Naranjo) | 05CV10738 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 13969 | Oscar Negrete | Not Available | 5/31/2007 |
| 14345 | Sean O'Connel (and Wife Carole O'Connell) | Not Available | 5/31/2007 |
| 3786 | Rosa Palaguachi (and Husband Rigoberto Quito) | 07CV1680 | 5/24/2007 |
| 14800 | David Reynolds (and Wife Katherine Reynolds) | 07CV3446 | 5/24/2007 |
| 11772 | Marge Rhoden (and Wife Deirdre L Worley) | Not Available | 5/24/2007 |
| 10263 | Maximo Riera (and Wife Fanny Riera) | 07cv1519 | 5/24/2007 |
 

# Service Rider

BT Private Clients Corp

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10029 | Patricio Rodas (and Wife Taina Ruiz) | 07CV01694 | 5/24/2007 |
| 10172 | Jaime Rojas (and Wife Johanna Hernandez) | 07cv4511 | 6/5/2007 |
| 9417 | Mieczyslaw Romaniuk | Not Available | 5/24/2007 |
| 9966 | Victor Salazar | 07cv4512 | 6/5/2007 |
| 9449 | Edilberto Sanchez | Not Available | 5/31/2007 |
| 9929 | Rosa Sanchez (and Husband Hector Albarracin) | 06cv12488 | 5/24/2007 |
| 9466 | Emanuel Santamaria | 07cv1528 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 9561 | Galo Sarmiento | 07cv1529 | 5/24/2007 |
| 4598 | Theresa Serrano | 05cv8937 | 5/24/2007 |
| 9476 | Raul Siguencia | 07cv1533 | 5/24/2007 |
| 14508 | Felipe Suarez | 07cv1707 | 5/24/2007 |
| 3763 | Samuel Sumba (and Wife Mercedes Sumba) | 05cv1783 | 5/24/2007 |
| 10242 | Pedro Tamayo (and Wife Gabriella Tamayo) | 07cv1538 | 5/24/2007 |
| 14863 | Nicholas Teham | Not Available | 6/8/2007 |
| 8510 | Julia Tenezaca | 07cv1714 | 5/24/2007 |
| 15063 | Cesareo Teran | Not Available | 5/31/2007 |
| 9297 | Jeanne Thorpe | 07cv1715 | 5/24/2007 |
| 8797 | Carlos A Valencia (and Wife Gloria N Bonilla) | Not Available | 5/24/2007 |
| 9548 | Romme Vasquez (and Wife Rosa A Gomez) | 07cv1543 | 5/24/2007 |
| 7552 | Kattia Vazquez (and Husband Peter Vazquez) | 07cv1722 | 5/24/2007 |
| 7601 | Severo Vega (and Wife Lila Gonzalez) | 07cv4521 | 6/5/2007 |
| 9354 | Segundo Villarroel (and Wife Martha L Villarroel) | 07cv1546 | 5/24/2007 |
| 7461 | Kleber Villarrue (Paredes) | 06CV13703 | 5/24/2007 |
| 9224 | Kevin Walsh | 06cv12508 | 5/24/2007 |
| 10343 | Robert Waniurski (and Wife Ewa Waniurski) | 07cv4524 | 6/5/2007 |
| 14322 | Andi Watson | Not Available | 5/31/2007 |
| 9347 | Clarence Wragg (and Wife Cecilia Wragg) | 06cv8125 | 5/31/2007 |

100





# Service Rider

BT Private Clients Corp.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9736 | Stephen Addeo (and Wife, Carol Addeo) | 06cv9963 | 5/25/2007 |
| 12907 | Robert Giarcy Jr | 06cv14689 | 5/25/2007 |
| 14573 | David Guszick | Not Available | 5/25/2007 |
| 3959 | Michael Labate (and Wife, Cheryl Labate) | 06CV8441 | 5/25/2007 |
| 14643 | Antonio Lopez (and Wife, Maria E Sanchez-Lopez) | Not Available | 5/31/2007 |
| 10186 | Maria Segaline | Not Available | 5/25/2007 |
| 14395 | James Seiferheid (and Wife, Fran Seiferheid) | Not Available | 5/25/2007 |

7

Monday, June 18, 2007                                        Page 1 of 1

BT Private Clients Corp.

