UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint¹ was made by me² | 7/2/07 |
| NAME OF SERVER (PRINT) Adonias Smith | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Charles H. Paralegal - 4:37 PM

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

**BANKERS TRUST COMPANY**

60 Wall Street
New York, NY 10005-

For the following Defendant(s):

BANKERS TRUST COMPANY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
Signature of Server

BROADWAY NY NY 10006
Address of Server

Betsy Lawrence
BE
Notary

¹ See attached rider.
² As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*13*  *7284*  *54*  *50*



# Service Rider

**BANKERS TRUST COMPANY**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 12269 | Byron Acosta | 07CV1552 | 5/31/2007 |
| 10706 | Luis Adriano | 07cv4445 | 6/5/2007 |
| 14640 | Gladys Agudelo | 07cv4446 | 6/5/2007 |
| 3765 | Enrique Ali | 07cv1554 | 5/24/2007 |
| 7604 | Raul Allivar | 05cv9821 | 5/24/2007 |
| 7609 | Maria E Alvarez (and Husband, Carlos Chavarriage) | 05cv10135 | 5/24/2007 |
| 14128 | Jose Alvarracin | 07cv01556 | 5/24/2007 |
| 12258 | Ivan Ascencio | 07cv1460 | 5/24/2007 |
| 4309 | Marcelo Atiencia | 07CV1562 | 5/24/2007 |
| 14290 | Peter B Bailor | Not Available | 5/31/2007 |
| 15996 | Jose Barahona (and Wife, Domenica Barahona) | Not Available | 6/8/2007 |
| 8518 | Hector Betancourt | 07cv4453 | 6/5/2007 |
| 9905 | Leopoldo Burgos | 07cv1473 | 5/24/2007 |
| 12259 | Manuel Caguana (and Wife Antonia Caguana) | 06cv11968 | 5/24/2007 |
| 9486 | Ivan Caiero (and Wife, Reyna Caiero) | 06cv1650 | 5/24/2007 |
| 9317 | Wilson Calle | 07CV1578 | 5/24/2007 |
| 9570 | Rey R Campoverde | Not Available | 5/24/2007 |
| 14248 | Rodrigo Campozano (and Wife Esther Campozano) | 07cv4459 | 6/5/2007 |
| 9921 | Edison Cardenas | 06cv14533 | 5/24/2007 |
| 7508 | Silvia Castillo (and Husband, Segundo Siguencia) | 05cv1718 | 5/24/2007 |
| 7042 | Nancy Chuva | 07CV1589 | 5/24/2007 |
| 12261 | Yolanda Cintron | 06cv5631 | 5/24/2007 |
| 10309 | Angel Cobos | 07cv1483 | 5/24/2007 |
| 15061 | Jorge E Cortez | Not Available | 6/6/2007 |
| 10268 | Lidia Cortijo | 07CV317 | 5/24/2007 |
| 3801 | Nancy Criollo (and Wife, Lawrence Zenteino) | 07cv4462 | 6/5/2007 |
| 7505 | Clara Dota | 07CV1602 | 5/24/2007 |
| 14859 | Jesse Drake (and Wife Susan Drake) | Not Available | 5/31/2007 |
| 11331 | Stanislaw Drozdz (and Wife Monika Drozdz) | 06cv14620 | 5/31/2007 |
| 10004 | Inerva Duarte | 07CV1603 | 5/24/2007 |
| 9999 | Elvia Dutan (and Husband, Wilfredo Dutan) | 06CV5504 | 5/24/2007 |
| 9553 | Jorge Encalada | 05CV10737 | 5/24/2007 |
| 14243 | Luis Franco | 07cv4466 | 6/5/2007 |
| 9815 | Janina Frelas | 07CV1612 | 5/24/2007 |
| 10889 | Norberto Gallardo | Not Available | 5/24/2007 |
| 10044 | Viviana Garcia | 06cv14671 | 5/24/2007 |

 

# Service Rider

**Rider**

BANKERS TRUST COMPANY

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9763 | Peter Gaspar | 05cv10739 | 5/24/2007 |
| 9403 | Leonard Gawin (and Wife, Miroslawa Gawin) | 07CV1619 | 5/24/2007 |
| 4455 | Samuel T Giamo (and Wife, Rosemary Giamo) | 06cv11676 | 5/24/2007 |
| 14944 | Hitler E Giraldo | Not Available | 6/8/2007 |
| 13999 | Rosa Gualpa | 07cv4472 | 6/5/2007 |
| 14972 | Armando Guzman | Not Available | 6/8/2007 |
| 9300 | Avenia Hernando (and Wife, Nidia Hernando) | 07cv4473 | 6/5/2007 |
| 4110 | Julio Hurtado (and Wife, Elda Monica Montes) | Not Available | 5/24/2007 |
| 9750 | Edgar Idrovo | 06cv11025 | 5/24/2007 |
| 10118 | Manuel Idrovo | 07CV1628 | 5/24/2007 |
| 9572 | Jorge Inga | 07CV1629 | 5/24/2007 |
| 9384 | Jozef Jablonski (and Wife, Agnieszka Jablonska) | 07CV1630 | 5/24/2007 |
| 12639 | Jonas Jaramillo (and Wife, Blanca Jaramillo) | 06cv14746 | 5/24/2007 |
| 9673 | Marian Karus (and Wife, Barbara Karus) | 07CV1635 | 5/24/2007 |
| 9373 | Edward Kosowski (and Wife, Elzbieta Stefanska) | Not Available | 5/24/2007 |
| 7608 | Ana Lascano | 05cv9333 | 5/31/2007 |
| 9926 | Andrzej Lasica (and Wife, Ewelina Lasica) | 07cv4480 | 6/5/2007 |
| 9501 | Carlos Lenis (and Wife, Lucia Lenis) | 06cv10045 | 5/24/2007 |
| 9344 | Cesar Leon (and Wife, Agnes Dipini) | 07CV063 | 5/24/2007 |
| 9687 | Ines Leon (and Wife, Luis E Quezada) | 07cv4481 | 6/5/2007 |
| 9499 | Wilmo Loja | 07cv4482 | 6/5/2007 |
| 10908 | Fernando Lucero | Not Available | 5/31/2007 |
| 3827 | Rosa Medina | 07cv4491 | 6/5/2007 |
| 15960 | Maria E. Melendez | Not Available | 6/6/2007 |
| 6822 | Juan Mendez (and Wife, Kareen Mendez) | 07CV1664 | 5/24/2007 |
| 9503 | Carlos Merchan (and Wife, Martha Merchan) | 07CV1665 | 5/24/2007 |
| 13423 | Eugenio Mora (and Wife, Olga Mora) | 06cv13168 | 5/24/2007 |
| 15050 | Tatiana Morales (and Husband, James Fink) | Not Available | 5/31/2007 |
| 12846 | Sandra Moreno | 06cv14901 | 5/24/2007 |
| 7493 | Luis Naranjo (and Wife, Rosa Naranjo) | 05CV10738 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 13969 | Oscar Negrete | Not Available | 5/31/2007 |
| 14345 | Sean O'Connell (and Wife, Carole O'Connell) | Not Available | 5/31/2007 |
| 3786 | Rosa Palaguachi (and Husband, Rigoberto Quito) | 07CV1680 | 5/24/2007 |
| 14800 | David Reynolds (and Wife, Katherine Reynolds) | 07CV3446 | 5/24/2007 |
| 11772 | Marcel Rhoden (and Wife, Deirdre L Worley) | Not Available | 5/24/2007 |

**Monday, June 18, 2007**    Page 2 of 3

BANKERS TRUST COMPANY    Group:    Out:    In: 



# Service Rider

BANKERS TRUST COMPANY

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10263 | Maximo Riera (and Wife Fanny Riera) | 07cv1519 | 5/24/2007 |
| 10029 | Patricio Rodas (and Wife Taina Ruiz) | 07CV01694 | 5/24/2007 |
| 10172 | Jaime Rojas (and Wife Johanna Hernandez) | 07cv4511 | 6/5/2007 |
| 9417 | Mieczyslaw Romaniuk | Not Available | 5/24/2007 |
| 9966 | Victor Salazar | 07cv4512 | 6/5/2007 |
| 9449 | Edilberto Sanchez | Not Available | 5/31/2007 |
| 9929 | Rosa Sanchez (and Husband Hector Albarracin) | 06cv12488 | 5/24/2007 |
| 9466 | Emanuel Santamaria | 07cv1528 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 9561 | Galo Sarmiento | 07cv1529 | 5/24/2007 |
| 4598 | Theresa Serrano | 05cv8937 | 5/24/2007 |
| 9476 | Raul Siguencia | 07cv1533 | 5/24/2007 |
| 14508 | Felipe Suarez | 07cv1707 | 5/24/2007 |
| 3763 | Samuel Sumba (and Wife Mercedes Sumba) | 05cv1783 | 5/24/2007 |
| 10242 | Pedro Tamayo (and Wife Gabriella Tamayo) | 07cv1538 | 5/24/2007 |
| 14863 | Nicholas Teham | Not Available | 6/8/2007 |
| 8510 | Julia Terezaca | 07cv1714 | 5/24/2007 |
| 15063 | Cesareo Teran | Not Available | 5/31/2007 |
| 9297 | Jeanne Thorpe | 07cv1715 | 5/24/2007 |
| 8797 | Carlos A Valencia (and Wife Gloria N Bonilla) | Not Available | 5/24/2007 |
| 9548 | Romme Vasquez (and Wife Rosa A Gomez) | 07cv1543 | 5/24/2007 |
| 7552 | Kattia Vazquez (and Husband Peter Vazquez) | 07cv1722 | 5/24/2007 |
| 7601 | Severo Vega (and Wife Lila Gonzalez) | 07cv4521 | 6/5/2007 |
| 9354 | Segundo Villarroe (and Wife Martha L Villarroel) | 07cv1546 | 5/24/2007 |
| 7461 | Kleber Villarrue (Paredes) | 06CV13703 | 5/24/2007 |
| 9224 | Kevin Walsh | 06cv12608 | 5/24/2007 |
| 10343 | Robert Waniurski (and Wife Ewa Waniurski) | 07cv4524 | 6/5/2007 |
| 14322 | Anci Watson | Not Available | 5/31/2007 |
| 9347 | Clarence Wragg (and Wife Cecilia Wragg) | 06cv8125 | 5/31/2007 |

101

 



# Service Rider

BANKERS TRUST COMPANY

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9736 | Stephen Addeo (and Wife Carol Addeo) | 06cv9963 | 5/25/2007 |
| 12907 | Robert Giarcy Jr | 06cv14689 | 5/25/2007 |
| 14573 | David Guszick | Not Available | 5/25/2007 |
| 3959 | Michael Labate (and Wife Cheryl Labate) | 06CV8441 | 5/25/2007 |
| 14643 | Antonio Lopez (and Wife Maria E Sanchez-Lopez) | Not Available | 5/31/2007 |
| 10186 | Maria Segaline | Not Available | 5/25/2007 |
| 14395 | James Seiferheld (and Wife Fran Seiferheld) | Not Available | 5/25/2007 |

7

Monday, June 18, 2007                                      Page 1 of 1

BANKERS TRUST COMPANY                       Group    Out    In